UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



JAMES TERRY BREWSTER (#126137)

VERSUS

RICHARD STALDER, ET AL.

CIVIL ACTION

NO. 08-387-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated June 27, 2008 (doc. no. 4). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

Baton Rouge, Louisiana, this 14th day of July, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA